MINNIE WALKER, as Administratrix, etc., of ROBERT G. WALKER,
Deceased, Respondent, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY
COMPANY, Appellant.— Judgment and order reversed and new trial granted,
costs to abide the event, unless within twenty days plaintiff stipulate to
reduce the verdict to $15,000; in which event the judgment as so modified
and the order are unanimously affirmed, without costs.  Jenks, P. J.,
Mills, Rich, Putnam and Blackmar, JJ., concurred.

HARVEY A. WILLIS, Appellant, v. ELSIE H. BIRD and ELIJAH W. HOLT,
as Executors, etc., Respondents.— Judgment unanimously affirmed, with
costs.  No opinion.  Present — Jenks, P. J., Thomas, Stapleton, Mills and
Blackmar, JJ.

MORRIS BERGER, Plaintiff, v. SARAH WEXLER, LENA BARNETT and Others,
Defendants.— Motion denied, without costs.  Present — Jenks, P. J.,
Thomas, Stapleton, Rich and Blackmar, JJ.

JOSEPHINE KNAPP LESTER, Appellant, v. GEORGE B. LESTER, Respondent.
— Motion granted, and order signed.  Present — Jenks, P. J., Thomas,
Stapleton, Mills and Blackmar, JJ.

DAVID H. SMITH, Plaintiff, v. THE KRANTZ MANUFACTURING COMPANY,
Defendant.— Application granted and order signed.  Present — Thomas,
Stapleton, Mills, Rich and Blackmar, JJ.

JOSEPH P. CURRY and ROBERT M. CURRY, Copartners, etc., Respondents,
v. JOHN ZITELLI and MARIA ZITELLI, Appellants.— Motion granted, without
costs.  Present — Thomas, Stapleton, Mills, Rich and Blackmar, JJ.
Order to be settled before Mr. Justice Blackmar.

LEWIS B. HAMILTON, as Executor, etc., Respondent, v. LIBBIE H. MUNCIE
and Another, Appellants.  LEWIS B. HAMILTON and Another, Respondents.
— Motion denied, on condition that appellants perfect the appeal, place the
case on the calendar for January, 1918, and be ready for argument when
reached; otherwise, motion granted, with ten dollars costs.  Present —
Thomas, Stapleton, Mills, Rich and Blackmar, JJ.

EUGENE HORTON, Respondent, v. THE HAYES COMPANY and Others,
Appellants.— Motion denied, with ten dollars costs.  Present — Thomas,
Stapleton, Mills, Rich and Blackmar, JJ.

In the Matter of the Application of JOHN H. ATKIN for Reinstatement
as an Attorney and Counselor at Law.— Petition referred to Hon. Josiah T.
Marean, as official referee, to take testimony and report the same to the
court, with his opinion.  Present — Thomas, Stapleton, Mills, Rich and
Blackmar, JJ.